IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Yvonne L. Page | : | No. 16-14262-JKF |
| Debtor | : | |

## SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES

David M. Offen, Attorney for the above captioned debtors, hereby requests Approval of Counsel Fees for services rendered or to be rendered and in support states the following:

1. This Court has previously approved An Application for Counsel Fees in the amount of $4,000.00.

2. The debtors have been charged the following for post-confirmation work in this case;

    Total Counsel Fee for post confirmation
    work in this case;                                   $500.00

    Balance to be paid by Trustee in
    in Post Confirmation Modified Chapter 13 Plan;    $500.00

3. The additional work consisted of the following;

| Date | Description | Hours |
|---|---|---|
| 1/3/18 | Review with Debtor Motion for Relief of Vehicle and filed Response | .2 |
| 1/30/18 | Review with Debtor Motion to Dismiss for Failure to Make Plan Payments | .1 |
| 2/14/18 | Review of Stipulation with Howard Gershman and request for modifications | .2 |
| 2/20/18 | Review of Stipulation with Howard Gershman | .1 |
| 3/20/18 | Review debtor's case status with Polly Langdon and request for continuance of Hearing | .1 |
| 11/20/18 | Review with debtor Trustee's Motion to Dismiss for failure to make plan payments | .1 |
| 12/11/18 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 1/15/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 1/16/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |

| Date | Description | Hours |
|---|---|---|
| 3/5/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 3/25/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 4/5/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 4/22/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 5/2/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 5/28/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 7/8/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 7/10/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 8/26/19 | Review with debtor upcoming Motion to Dismiss Hearing and provided proof of payment to Trustee | .1 |
| 9/16/19 | Review of case status with Polly Langdon and request for continuance of Motion to Dismiss Hearing | .1 |
| 10/16/19 | Review case status with Polly Langdon to request continuance and advise of proposed Modified Plan. | .1 |
| 10/21/19 | Review case with client and advised to appear in court regarding proposed Modifed Plan | .3 |
| 11/4/19 | Preparation and filing of Motion to Modify Plan to include post-petition Trustee arrears | 1.0 |
| 11/20/19 | Review of Modified Plan with Polly Langdon before entering Order, debtor appeared in court. | .1 |
| | **Total:** | **3.3** |

      **Postage, telephone calls and copying charges are included in the legal fees charged the debtor and are not billed separate.**

      **WHEREFORE, David M. Offen, Attorney for the debtors named above, respectfully requests that this Honorable Court enter an Order approving this Supplemental Application for Approval of Counsel Fees.**

                              **Respectfully Submitted,**

                              **/s/David M. Offen**
                              **David M. Offen, Esquire**
                              **Attorney for Debtor**
**Date: 1/20/20**                **The Curtis Ctr., Suite 160 West**
                              **601 Walnut Street**
                              **Philadelphia, Pa. 19106**
                              **215-625-9600**